JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* MICHELLE SEEGERS, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> KAISER FOUNDATION HEALTH PLAN, INC., *et al.*, <br><br> Defendants. | No. CV 19-3049 JFW (AGRx) <br><br> ORDER RE NOTICE OF DISMISSAL |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and the Notice of Dismissal filed by qui tam plaintiffs Michelle Seegers and Pamela Comstock, IT IS HEREBY ORDERED that this action is dismissed without prejudice in its entirety, said dismissal being without prejudice to the United States of America.

IT IS SO ORDERED.

Dated: May 10, 2022

UNITED STATES DISTRICT JUDGE